FILED

09 SEP -1 PM 1:20

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80 231 MISC

Hannah Jane Elizabeth Leader - #94091

_____/

**ORDER TO SHOW CAUSE**

It appearing that Hannah Jane Elizabeth Leader has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Hannah Jane Elizabeth Leader
Capitol Queensdale Place
London W11 4SQ
ENGLAND